# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Platinum Press Inc | 11/30/2022 | Wire | $ 36,210.56 |
| Akorn Operating Company, LLC | Platinum Press Inc | 12/30/2022 | Wire | $ 165,914.94 |
| Akorn Operating Company, LLC | Platinum Press Inc | 1/6/2023 | Wire | $ 22,717.00 |
| Akorn Operating Company, LLC | Platinum Press Inc | 1/13/2023 | Wire | $ 52,288.56 |
| Akorn Operating Company, LLC | Platinum Press Inc | 2/1/2023 | Wire | $ 191,826.51 |
| Akorn Operating Company, LLC | Platinum Press Inc | 2/8/2023 | Wire | $ 12,607.38 |
| | | | | $ 481,564.95 |